UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**UNITED STATES OF AMERICA**

v.  Case No: 2:15-cr-340-CEM-SRW

**ALTA LEE JUNIOR WILLIAMS**
**ANTONIO MARQUIS RICHARDS**
                                                          /

**ORDER**

THIS CAUSE is before the Court on Defendant Alta Lee Junior Williams' Motion to Suppress (Doc. 39). United States Magistrate Judge Susan Russ Walker submitted a Report and Recommendation (Doc. 56), which recommends that the motion be denied to the extent Defendant requests a *Franks*[1] hearing. (R. & R. at 4). Specifically, Judge Walker recommends that this Court find that Defendant has failed to meet his preliminary burden under *Franks* with respect to the alleged search warrant omissions and is not, therefore, entitled to a hearing or other relief on this basis. (*Id.* at 3–4). Judge Walker further ordered that, due to exigent circumstances created by Defendant's untimely filing of the motion, any objection to the Report and Recommendation had to be filed on or before January 15, 2016. (Jan. 11, 2016 Order, Doc. 57, at 1–2).

After an independent *de novo* review of the record, and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

---

[1] *Franks v. Delaware*, 438 U.S. 154 (1978).

1. The Report and Recommendation (Doc. 56) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant's Motion to Suppress (Doc. 39) is **DENIED in part**.[2]

**DONE** and **ORDERED** on January 19, 2016.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

---

[2] Judge Walker held a hearing on January 11, 2016, on the remaining issues set forth in the Motion to Suppress, which will be addressed separately.